# EXHIBIT "1"

*Product Images*

**Class Action Complaint**

**StriVectin Full Screen™ Clear Finish Sunscreen (SPF 30, 1.5 oz): Product Image – Front Label**



Exhibit 1-1: (1) Full Screen™ Clear Finish Sunscreen (SPF 30, 1.5 oz) Labels

**StriVectin Full Screen™ Clear Finish Sunscreen (SPF 30, 1.5 oz): Online Ingredient List** (*see*

**Ingredients**

Active: Avobenzone 3.0% Sunscreen, Homosalate 9.0% Sunscreen, Octisalate 4.5% Sunscreen, Octocrylene 8.5% Sunscreen. Inactive: Isohexadecane, Dimethicone/Bis-Isobutyl PPG-20 Crosspolymer, Butyloctyl Salicylate, Polyester-8, Polymethylsilsesquioxane/Silica Crosspolymer, Glyceryl Dibehenate, VP/Hexadecene Copolymer, Fragrance (Parfum), Myristyl Nicotinate, Glycine Soja (Soybean) Oil, Tocopherol, Argania Spinosa (Argan) Kernel Oil, Bis(Cyano Butylacetate) Anthracenediylidene, Polyglyceryl-3 Diisostearate, Oryza Sativa (Rice) Extract, Oryza Sativa (Rice) Germ Extract, Cocos Nucifera (Coconut) Oil, Brassica Campestris (Rapeseed) Seed Oil, Quercus Suber Bark Extract, Retinyl Palmitate, Glycyrrhiza Glabra (Licorice) (Licorice) Root Extract, 7-Dehydrocholesterol, Ascorbyl Palmitate, Oak Root Extract, Althaea Officinalis Root Extract, Oryza Sativa (Rice) Bran Extract, Limonene, Citral, Linalool.

Exhibit 1-1: (1) Full Screen™ Clear Finish Sunscreen (SPF 30, 1.5 oz) Ingredient List

**StriVectin Full Screen™ Illuminating Finish Sunscreen (SPF 30, 1.5 oz): Product Image – Front Label**



Exhibit 1-2: (2) Full Screen™ Illuminating Finish Sunscreen (SPF 30, 1.5 oz) Labels

**StriVectin Full Screen™ Illuminating Finish Sunscreen (SPF 30, 1.5 oz): Product Image – Front Label**

## Ingredients List

Key Ingredients: Avobenzone 3.0%, Homosalate 7.0%, Octisalate 4.5%, Octocrylene 10%

Aqua (Water, Eau), Glycerin, Butyloctyl Salicylate, Mica, Dimethicone, Titanium Dioxide, Diisobutyl Adipate, Polymethylsilsesquioxane/Silica Crosspolymer, Acrylates/Dimethicone Copolymer, Fragrance (Parfum), Myristyl Nicotinate, Argania Spinosa (Argan) Kernel Oil, Cocos Nucifera (Coconut) Oil, Ethylhexyl Olivate, Glycine Soja (Soybean) Oil, Brassica Campestris (Rapeseed) Seed Oil, Polysilicone-11, Caprylyl Glycol, Tocopherol, Bis(Cyano Butylacetate) Anthracenediylidene, Sodium Acrylates Copolymer, Phenoxyethanol, Polyglyceryl-3 Diisostearate, Quercus Suber Bark Extract, Polyglyceryl-4 Olivate, Glycyrrhiza Glabra (Licorice) Root Extract, Hexylene Glycol, Oryza Sativa (Rice) Extract, Oryza Sativa (Rice) Germ Extract, Disodium EDTA, Oak Root Extract, Althaea Officinalis Root Extract, Oryza Sativa (Rice) Bran Extract, Retinyl Palmitate, 7-Dehydrocholesterol, Ascorbyl Palmitate, Limonene, Citral, Linalool, Tin Oxide [ILN 72002]

Exhibit 1-2: (2) Full Screen™ Illuminating Finish Sunscreen (SPF 30, 1.5 oz) Ingredient List