UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LOCKLIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STRIVECTIN OPERATING CO., INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No. 3:21-cv-07967-VC<br><br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL |

1  Having considered the Parties' Stipulation of Dismissal and the entire record herein, it is
2  ORDERED that this action is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P.
3  41(a)(1)(A)(ii).  The Parties shall each bear their own fees and costs.

**IT IS SO ORDERED.**

DATED:  November 14, 2022

_____
Hon. Vince Chhabria
United States District Court Judge